**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT BELLON, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-01639-PMP-GWF |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DWIGHT NEVEN, | ) | |
| | ) | |
| Respondent. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, appearing without counsel, filed a response to the Court's order directing him to offer evidence and arguments why his petition should not be dismissed as untimely. ECF No. 8. Based on a preliminary review of those arguments and the petition the Court determined to appoint counsel. ECF No. 9. Counsel has been charged with making an investigation and providing the Court with evidence and argument related to the timeliness of this petition.

Therefore, the Motion To Not Dismiss Appeal (ECF No. 8) is rendered **moot**. It is therefore **denied**.

**IT IS SO ORDERED.**

Dated, this _ 8th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE