# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT BELLON, | ) | |
| Petitioner, | ) | 2:12-cv-01639-PMP-GWF |
| vs. | ) | |
| | ) | ORDER |
| DWIGHT NEVEN, | ) | |
| Respondent. | ) | |

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is petitioner's Motion to Withdraw Appeal (ECF No. 19).

Counsel was appointed to assist petitioner with his response to the Court's order to show cause. Without discussing the matter with counsel and misconstruing the Court's order denying his pro se response as moot, petitioner moved to appeal. Thereafter, counsel contacted petitioner and explained the Court's order. Petitioner now moves to dismiss the appeal pursuant to Fed.R.App.P. 41(a).

Good causing appearing, the motion to withdraw the appeal (ECF No. 19) is **GRANTED.** The Notice of Appeal is hereby withdrawn. The matter shall proceed on the schedule previously set forth by the Court.

**IT IS SO ORDERED.**

Dated, this 29th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE