ADAM PAUL LAXALT
Attorney General
JEFFREY M. CONNER
Deputy Attorney General
Appellate Division
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1200
jconner@ag.nv.gov
Attorney for Respondents

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BELLON,<br><br>             Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>             Respondents. | Case No. 2:12-cv-01639-PMP-GWF<br><br>**MOTION FOR<br>ENLARGEMENT OF TIME<br>(SECOND REQUEST)**<br><br>**AND ORDER** |

      Respondents, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a thirty (30) day enlargement of time, to and including June 3, 2015, in which to file and serve their response to Bellon's motion for relief from judgment.

      This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

There has been one prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 1st day of May, 2015.

                  ADAM PAUL LAXALT
                  Attorney General

By:   /s/ Jeffrey M. Conner
        JEFFREY M. CONNER
        Deputy Attorney General

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  05/04/2015**

ADAM PAUL LAXALT
Attorney General
JEFFREY M. CONNER
Deputy Attorney General
Appellate Division
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1200
jconner@ag.nv.gov
Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BELLON, <br><br> Petitioner, <br><br> vs. <br><br> DWIGHT NEVEN, *et al.*, <br><br> Respondents. | Case No. 2:12-cv-01639-PMP-GWF <br><br> **DECLARATION OF COUNSEL** <br> **JEFFREY M. CONNER** |

I, JEFFREY M. CONNER, declare under penalty of perjury:

1. I am a Deputy Attorney General employed in the Appellate Division of the Nevada Attorney General's office, and I make this declaration on behalf of Respondents' motion for enlargement of time in the above-captioned matter.

2. By this motion, I am requesting a thirty (30) day enlargement of time, to and including June 3, 2015, to file a response to Bellon's motion for relief from judgment. (ECF No. 44.) This is my second request for an enlargement with respect to this motion.

3. I was hoping to have the response to Bellon complete and ready for filing by Monday, including working on it over this weekend if necessary. However, my current workload did not allow me to work on the response this week. Additionally, my grandfather passed away on Tuesday, so I will be travelling to Illinois May 2, 2015, through May 5, 2015, to be with family and attend his funeral services.

///

4. Additionally, I have an opening brief due in *Echavarria v. Baker*, Case No. 15-99001 (9th Cir.), on May 18, 2015, which is going to require a substantial amount of my attention over the next two weeks, and additional filing deadlines in many other cases where I have already needed to seek multiple extensions of time as a result of my current workload.

5. As a result of the foregoing, Respondents require additional time to complete a response to the motion for relief from judgment. Accordingly, Respondents request an order from this Court granting them an extension of thirty (30) days, to and including June 3, 2015, to respond to Bellon's motion for relief from judgment.

6. I contacted opposing counsel, Assistant Federal Defender T. Kenneth Lee, and he indicated he has no objection to Respondents' request for additional time.

7. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case

I declare under penalty of perjury that the foregoing is true and correct.

By: /s/ Jeffrey M. Conner
JEFFREY M. CONNER

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 1st day of May, 2015, I served a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME (SECOND REQUEST), by U.S. District Court CM/ECF electronic filing to:

>T. Kenneth Lee
>Assistant Federal Public Defender
>411 East Bonneville Avenue, Suite 250
>Las Vegas, Nevada 89101

/s/ Laurie Sparman